IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMSON B. SLEWION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORMAN WEINSTEIN, et al. | : | NO. 14-7313 |

FILED
JAN 09 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 8th day of January, 2015, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and his pro se complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

C. DARNELL JONES, II, J.